IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 7 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02207-OES

PETER GEORGACARAKOS,
    Applicant,

v.

R. WILEY,
    Respondent.

___

ORDER DENYING MOTION TO AMEND

___

Applicant Peter Georgacarakos has filed **pro se** On December 1, 2005, a document titled "Plaintiff's Motion to Amend, Supplement, and Combine Pleadings Pursuant to Fed. R. Civ. P. 15(c), and Declaration in Support." On November 9, 2005, Mr. Georgacarakos was ordered to file an amended pleading in this action because he is asserting civil rights claims rather than habeas corpus claims. Mr. Georgacarakos asks the court in the December 1 motion to file as his amended pleading in this action a civil rights complaint he tendered to the court on October 28, 2005, in a closed action. **See Georgacarakos v. Watts**, No. 04-cv-02590-ZLW (D. Colo. Mar. 3, 2005). On November 8, 2005, Senior Judge Zita L. Weinshienk entered a minute order in 04-cv-02590-ZLW stating that the tendered complaint would not be considered and would not be filed because that action had been dismissed and the dismissal affirmed on appeal. For the reasons stated below, the December 1 motion will be denied.

The court's November 9 order in this action directed Mr. Georgacarakos to file an amended pleading that sets forth specific facts to demonstrate how each named

Defendant personally participated in the asserted constitutional violations. Mr. Georgacarakos also was advised that he must demonstrate in the amended pleading how he has exhausted administrative remedies for each of the claims he asserts. Mr. Georgacarakos contends in the December 1 motion that the October 28 amended complaint complies with the court's November 9 order in this action. The court disagrees.

The complaint tendered on October 28 does not provide specific facts to demonstrate how each named Defendant, most of whom are supervisory officials, personally participated in the asserted constitutional violations. The complaint tendered on October 28 also provides no specific information regarding exhaustion of administrative remedies. Therefore, because the complaint tendered on October 28 does not comply with the particulars of the court's November 9 order, the December 1 motion will be denied. Mr. Georgacarakos will be given additional time to file an amended pleading in this action that complies with the court's November 9 order if he wishes to pursue his claims. Accordingly, it is

ORDERED that "Plaintiff's Motion to Amend, Supplement, and Combine Pleadings Pursuant to Fed. R. Civ. P. 15(c), and Declaration in Support" filed on December 1, 2005, is denied. It is

FURTHER ORDERED that Mr. Georgacarakos file **within thirty (30) days from the date of this order** an amended pleading as directed in the court's November 9 order in this action. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Georgacarakos, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Georgacarakos fails within the time allowed to file an original and sufficient copies of an amended pleading that complies with the court's November 9 order to the court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this __7__ day of __December__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02207-OES

Peter Georgacarakos
Reg. No. 03029-036
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on   12-7-05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk