IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02207-BNB

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY,
NALLEY,
WATTS,
HOOD,
PUGH,
DOPPELSON,
HERSCHBERGER,
DUNCAN, and
SMITH,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, C

JAN 18 2006

GREGORY C. LANGHAM
CLERK

## ORDER

Plaintiff Peter Georgacarakos has filed *pro se* on December 23, 2005, a Prisoner Complaint. Mr. Georgacarakos alleges that the nine Defendants named in the complaint have violated his constitutional rights. However, Mr. Georgacarakos has not provided the court with sufficient copies of the complaint to serve each named Defendant. Mr. Georgacarakos must submit to the court one copy of the complaint for each named Defendant. Accordingly, it is

ORDERED that Mr. Georgacarakos submit nine copies of the complaint to the court within **thirty (30) days from the date of this order** in order to serve one copy of the complaint on each named Defendant. It is

FURTHER ORDERED that, if Mr. Georgacarakos fails within the time allowed to submit the necessary copies, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 17th day of January, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02207-BNB

Peter Georgacarakos
Reg. No. 03029-036
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/18/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk